49,534-02

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Tex. 78711

Court clerk, archives;

   To whom it may concern;
      My name is GREGORY ALLEN CLAYBON, my case number in your arc
archives is 49,534.

      The reason I'm writing this letter is to request a copy
of my first writ of habeas corpus application that was submitted
by me back in 2002. I know that I submitted a few applications,
two of each

I only need a copy of only one application the first application
I submitted to this court back in 2002. The second application is
only a copy of the first application, it has the same information
as the first, that's why I only need a copy of only one.


I do not need a quote of all the applications I have filed with
this court, and how much it will all cost me, just the cost of the
first application only.

I need a copy of the states answer that was submitted by the
state in 2002. This would be the first answer by the state.

I need a copy of the Criminal Court of appeals order ordering
my case back to the trial court for unanswered issues in my
writ on August 21st 2002.


Ineed a copy of the state's answer that was submitted back to the
criminal court of appeals on April 7th, 2004.


I need a copy of all my exhibits, I'm not sure when I submitted
these exhibites, but I need a copy of all of them.


 There should be a dockment from the dallas police department
showing my intake and release to and from jail.

There should be a document signed by the judge stating that my
first court hearing records has been lost and destoryed. Ifthere's
any other exhibits I have forgotten could you please bring this
to my attintion.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

thank you, Sencerely
GREGORY A. CLAYBON
3701 Vilbig rd.
Dallas Tex 75212

*Gregy Claybon*

Feb. 25, 2015